IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:95-CR-9-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL CRANDALE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for reconsideration of this court's November 7, 2013, order granting his 18 U.S.C. § 3852(c)(2) motion for reduction of sentence based on the retroactive crack cocaine guideline amendment. Defendant argues in his motion that his sentence should be reduced to "Time Served," asserting that an improper drug quantity was used in determining his original sentence. The court has carefully considered defendant's motion, as well as the record in this matter, and finds no reason to alter or amend its order. Therefore, the court DENIES defendant's motion [DE #158] and reaffirms its order of November 7, 2013.

This 5th day of December 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26